June D. Coleman  SBN 191890
MESSER STRICKLER BURNETTE, LTD.
5960 South Land Park Drive #1059
Sacramento, CA 95822
Phone: (916) 502-1768
jcoleman@messerstrickler.com

Attorney for Defendant
HEALTHCARE REVENUE RECOVERY GROUP, LLC dba ARS
ACCOUNT RESOUTION SERVICES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN HAWKINS ROBINSON,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC dba ARS ACCOUNT RESOUTION SERVICES<br><br>.                     Defendants. | Case No.: 2:21-CV-01517-KJM-JDP<br><br>REQUEST FOR TELEPHONEIC APPEARANCE |

COMES NOW Defendant HEALTHCARE REVENUE RECOVERY GROUP, LLC, by and through its undersigned counsel of record to request a telephonic appearance for the scheduling conference. Good cause exists because defense counsel has been diagnosed with COVID and has not received a negative test result. Defense counsel

respectfully request that she be allowed to appear telephonically.

DATED: January 10, 2022          MESSER STRICKLER BURNETTE, LTD.

           By: /s/ June D. Coleman
              June D. Coleman
              Attorney for Defendant
              HEALTHCARE REVENUE RECOVERY
              GROUP, LLC dba ARS ACCOUNT
              RESOUTION SERVICES

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served via email to the parties listed on the service list with the Court, and to the parties authorized to receive via this Court's CM/ECF system on January 10, 2022.

           By: /s/ June D. Coleman
              June D. Coleman