1  **FARAH LAW, P.C.**
   Neda Farah (State Bar No. 269819)
   265 S. Doheny Dr., Suite 102
   Beverly Hills, California 90211
   Telephone: 310-666-3786
   Facsimile: 775-261-1726
   E-Mail: neda@nedafarahlaw.com
   *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN HAWKINS ROBINSON, | |
| Plaintiff, | Case No.: 2:21-cv-01517-KJM-JDP |
| v. | **NOTICE OF SETTLEMENT** |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff, Carolyn Hawkins Robinson, and Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services, have reached a settlement of the above-captioned action. Plaintiff anticipates filing a joint stipulation to dismiss all of her claims against Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 14th day of March, 2022.                    Respectfully Submitted,

                                                        */s/ Neda Farah*
                                                        Neda Farah
                                                        FARAH LAW, P.C.
                                                        265 S. Doheny Dr., Suite 102

1

Beverly Hills, CA 90211
(310) 666-3786 (phone)
(775) 261-1726 (fax)
neda@nedafarahlaw.com

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement.* is being filed electronically with the United States District Court for the Eastern District of California on this 14$^h$ day of March, 2022. Notice of this filing will be transmitted to all counsel of record via the Court's CM/ECF system.

                                            */s/ Neda Farah*
                                            Neda Farah
                                            FARAH LAW, P.C.