**FARAH LAW, P.C.**
Neda Farah (State Bar No. 269819)
265 S. Doheny Dr., Suite 102
Beverly Hills, California 90211
Telephone: 310-666-3786
Facsimile: 775-261-1726
E-Mail: neda@nedafarahlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN HAWKINS ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES,<br><br>Defendant. | Case No.: 2:21-cv-01517-KJM-JDP<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, CAROLYN HAWKINS ROBINSON, and Defendant, HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES, hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action be dismissed with prejudice, and with each side to bear its own costs and attorneys' fees.

1

Dated: April 19, 2022

<u>/s/ Neda Farah</u>
Neda Farah
Farah Law, P.C.
265 S. Doheny Dr., Suite 102
Beverly Hills, California 90211
Telephone: 310-666-3786
Facsimile: 775-261-1726
E-Mail: neda@nedafarahlaw.com
*Attorney for the Plaintiff*


<u>/s/ June D. Coleman</u>
June D. Coleman
Messer Strickler Ltd.
5960 S. Land Park Dr., #1059
Sacramento, CA 95822
Telephone: 916-502-1768
Facsimile: 312-334-3473
E-mail: jcoleman@messerstrickler.com